**SCHWARTZ SLADKUS REICH GREENBERG ATLAS LLP**

Michael Gottlieb - Direct: 212-743-7054 - mgottlieb@ssrga.com

June 10, 2020

**Via ECF**
Honorable Lorna G. Schofield
United States District Court, SDNY
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

      Re:    **SurgiCare of Manhattan v. United Healthcare Insurance Company**
              **Docket No.: 20-03465**

Your Honor:

      This firm represents Plaintiff, SurgiCare of Manhattan, in the above-referenced action. While Defendant has yet to enter an appearance in this matter, Plaintiff writes to inform the court that the parties are currently engaged in preliminary settlement discussions. In this regard, Plaintiff respectfully requests an adjournment of the Rule 16 conference, currently scheduled for June 18, 2020. Pursuant to discussions with Defendant, Plaintiff anticipates that by June 28, 2020, either the matter will have settled, or Defendant will enter an appearance and answer Plaintiff's Complaint.

      As always, we thank the Court for its courtesies in this regard.

Application GRANTED IN PART.  The Court construes this letter as a request for an extension to Defendant's deadline to answer.  Defendant shall answer, move or otherwise respond to the Complaint by June 28, 2020.

Plaintiff's request to adjourn the initial pretrial conference is GRANTED IN PART.  The Court does not ordinarily adjourn initial pretrial conferences pending an answer or settlement discussions.  The initial pretrial conference, scheduled for June 18, 2020, is ADJOURNED to July 2, 2020, at 10:40 a.m.  The parties shall file the joint letter and proposed case management plan by June 25, 2020.

Dated: June 11, 2020
      New York, New York

                                            LORNA G. SCHOFIELD
                                          **UNITED STATES DISTRICT JUDGE**

444 Madison Avenue, New York, NY 10022
Main: 212-743-7000 - Fax: 212-743-7001 - www.ssrga.com