UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
                                      :

SURGICARE OF MANHATTEN,
                      Plaintiff,   :

                          :         20 Civ. 3465 (LGS)

       -against-         :

                          :           ORDER

UNITED HEALTHCARE INSURANCE
COMPANY,                       :

                  Defendant.  :

------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

       The Court has been informed that the parties have reached a settlement in principle in this case. Accordingly, it is hereby ORDERED that this action is dismissed without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within sixty (60) days of this Order. Any application to reopen filed after sixty (60) days from the date of this Order may be denied solely on that basis. Any pending motions are DISMISSED as moot, and all conferences and deadlines are CANCELED.

Dated: June 24, 2020
      New York, New York

                                    LORNA G. SCHOFIELD
                                 UNITED STATES DISTRICT JUDGE